(88 South. 216)

**HOWARD v. STATE. (6 Div. 702.)**

(Court of Appeals of Alabama. Dec. 14, 1920.)

Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

Ned Howard was convicted of an offense, and he appeals. Affirmed.

Grace & Simpson, of Birmingham, for appellant.

J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Affirmed, on the authority of Howard v. State (6 Div. 701) ante, p. 628, 88 South. 215.